# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

---

**UNITED STATES OF AMERICA**
        **Plaintiff,**

  **v.**                                                 **Case No. 14-CR-2**

**MARY GRANT**
        **Defendant.**

---

## ORDER

**IT IS ORDERED** that defendant's motion (R. 22) for permission is travel is granted. Pursuant to 18 U.S.C. § 3563(c) and Fed. R. Crim. P. 35(a), the home confinement condition is vacated as mistakenly imposed.

Dated at Milwaukee, Wisconsin, this 21st day of April, 2014.

                                                   /s Lynn Adelman
                                                 _____
                                               LYNN ADELMAN
                                               District Judge